```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLAWLESS STYLE LLC and
FLORIDAHUSKER LLC,

               Plaintiffs,

-v.-

SAADIA GROUP LLC,

               Defendant.

23 Civ. 2354 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On April 17, 2023, Plaintiffs moved by order to show cause for a temporary restraining order and preliminary injunction. *See* ECF No. 17. It is hereby ORDERED that all parties shall appear for a conference with the Court on **April 19, 2023**, at **2:30 p.m.** to address the motion and next steps, including but not limited to: (1) a briefing schedule, (2) whether there is a need for limited discovery and/or an evidentiary hearing, and (3) whether any hearing should be consolidated with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.

    Counsel shall confer about the foregoing topics before the conference. In addition, Defendant is welcome, but not required, to submit a letter addressing Plaintiffs' motion before the conference.

    The conference will be held remotely by telephone. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 577 143 239#. Members of the public may call the same number but will not be permitted to speak during the conference.

    SO ORDERED.

Dated: April 18, 2023
       New York, New York

                                                       *Jennifer H. Rearden*
                                                       JENNIFER H. REARDEN
                                                       United States District Judge