UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLAWLESS STYLE LLC and FLORIDAHUSKER LLC,<br><br>       Plaintiffs,<br><br>    -v.-<br><br>SAADIA GROUP LLC,<br><br>       Defendant. | 23 Civ. 2354 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  By 5:00 PM on April 20, 2023, Defendant shall (1) further investigate options for removing the GABRIELLE UNION mark from its websites in the shortest possible time, and (2) determine the number of Defendant's brick-and-mortar stores that sell merchandise using the mark.  In parallel, Plaintiffs shall investigate how many SKUs contain the mark and where on each product the mark appears.  The parties shall then meet and confer.  By 12:00 PM on April 21, 2023, (1) the parties shall submit a joint letter updating the Court on the foregoing and on the status of any ongoing settlement discussions, and (2) to the extent necessary to reflect any agreements that have been reached, Plaintiffs shall submit a revised proposed order in connection with its application for a temporary restraining order.

  SO ORDERED.

Dated: April 19, 2023
    New York, New York

                   */s/ Jennifer H. Rearden*
                   JENNIFER H. REARDEN
                   United States District Judge