**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FLAWLESS STYLE LLC, and
FLORIDAHUSKER LLC

                            Plaintiff,                       **ORDER**

               -against-                  **23-CV-02354 (LTS) (JW)**

SAADIA GROUP LLC,

                            Defendant.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable Laura Taylor Swain referred this case to the undersigned for an inquest in order to determine the amount of guaranteed royalties and endorsement compensation and attorney's fees, if any, that should be awarded to the Plaintiff against Defendants.

      Accordingly, IT IS HEREBY ORDERED that, on or before **January 2, 2026**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **January 30, 2026**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:   November 20, 2025
          New York, New York

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge