# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569    Tel: 212-421-4100    Fax: 212-326-0806    pryorcashman.com

**Matthew Barkan**
**Partner**

Direct Tel: 212-326-0840
Direct Fax: 212-326-0806
MBarkan@PRYORCASHMAN.com

November 24, 2025

**VIA ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
  for the Southern  District of New York
40 Foley Square, Room 425
New York, New York 10007

> The request is **GRANTED.**
> SO ORDERED.
>
> _Jennifer E. Willis_
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> November 25, 2025

Re:    *Flawless Style LLC et al. v. Saadia Group LLC* — No. 1:23-cv-2354-LTS-JEW

Dear Judge Willis:

We represent Plaintiffs in the above-referenced action.  On November 20, 2025, Your Honor issued an order requiring, among others, Plaintiffs to file by January 2, 2026:  (1) Proposed findings of fact and conclusions of law and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.  (ECF No. 101.)  Pursuant to Rules I.B & C of Your Honor's Individual Practices in Civil Cases, Plaintiffs respectfully write to request a thirty (30) day extension of the January 2 deadline.

Plaintiffs make this request owing to the intervening Thanksgiving, Christmas and New Year's holidays as well as client and attorney travel during this time period.  Plaintiffs request that the deadline for their submissions be extended to February 2, 2026, and that the deadline for Defendant's responsive submission, if any, be similarly extended to March 2, 2026.  This is Plaintiffs' first request for an extension of the January 2, 2026 deadline.  Plaintiffs are unable to request consent from Defendant, which has been unrepresented (and has thus defaulted) since its counsel's motion to withdraw was granted in June 2024.  (ECF No. 79).[1]

We thank the Court for its consideration of this request for an extension.

Respectfully submitted

Matthew S. Barkan

---

[1] On September 17, 2024, following Defendant's failure to secure new counsel, Plaintiffs moved for default and Judge Rearden granted Plaintiffs' request to serve Defendant with default papers via email.  (ECF No. 95.)  Chief Judge Swain later granted Plaintiffs' motion for default judgment against Defendant with respect to all but one claim.  (ECF No. 99 at 33.)